AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)         ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
1/20/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

UNITED STATES OF AMERICA,

v.

JOSHUA TATE DUNN,

Defendant

Case No.   2:22mj255-duty

FILED
CLERK, U.S. DISTRICT COURT
Jan. 20, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ch___ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 6, 2021, in the County of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Mail Theft |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*USPIS Postal Inspector Denelle Gutierrez*
Complainant's signature

Denelle Gutierrez, Postal Inspector
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   January 20, 2022

*Paul L. Abrams*
Judge's signature

City and state:   Los Angeles, California

Hon. Paul Abrams, U.S. Magistrate Judge
Printed name and title

AUSA: Samuel J. Diaz (213) 894-3045

**AFFIDAVIT**

I, Denelle Gutierrez, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Postal Inspector with the United States Postal Inspection Service and have been so employed since January 2020. I am currently assigned to the Los Angeles Mail Theft team, where my responsibilities include the investigation of crimes against the United States Postal Service ("USPS") and crimes related to the misuse and attack of the mail system, including theft of United States Mail, fraud, and related activity in connection with access devices (including credit and debit cards), identity theft, and unauthorized use of other persons' information for financial gain.

2. I completed a sixteen-week basic training course in Potomac, Maryland. That course included training in the investigation of identity theft via the United States Mail. Through my training and experience, I have become familiar with mail theft investigation and common mail theft and identity theft practices.

## II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a criminal complaint against Joshua Tate Dunn ("DUNN") for a violation of Title 18, United States Code, Section 1708 (Mail Theft).

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and

witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. SUMMARY OF PROBABLE CAUSE

5. On December 6, 2021, Beverly Hills Police Department ("BHPD") officers responded to a report of an alleged mail theft incident at an apartment complex located on N. Maple Drive in Beverly Hills, California (the "Maple Drive Apartments"). The reporting party, J.G., stated that he saw a white male, later identified as Joshua Tate Dunn ("DUNN"), stealing several packages from the mailroom and fleeing in a black Mercedes CL500 bearing California license plate number 5PEL608 (the "Mercedes"). J.G. provided the officers with surveillance video showing the man leaving the Maple Drive Apartments with several packages.

6. Minutes after receiving the report, BHPD located the Mercedes parked in a prohibited red zone outside of another residential complex with two adult males in the car. Officers approached the vehicle and observed DUNN sitting in the front passenger side of the vehicle and another male, E.G., sitting in the driver's seat. The officers removed E.G. and DUNN from the vehicle. The officers asked E.G. whether they could search the car and E.G. responded "Go ahead, just look."

7. Inside the vehicle, officers found lock pick tools in the center console, several credit cards and identification cards in other persons' names on the floorboard behind the driver's seat, and several items that appeared to be new gifts.

8. Officers also found a white backpack behind the front passenger seat, where DUNN had been seated, and inside the backpack found 41 credit and debit cards in various names, suspected methamphetamine and heroin, and scales.

9. Officers reviewed the surveillance video and identified DUNN as the man shown taking the packages from the Maple Drive Apartments.

10. As DUNN sat handcuffed on a curb next to the Mercedes, officers Mirandized him. DUNN agreed to speak with the officers, confirmed his true name and said that all of the items in the Mercedes, including those inside the backpack, belonged to him. Officers arrested DUNN and took him to the Beverly Hills Jail. During his screening at the jail, officers found a United States postal key in one of DUNN's pants' pockets.

## IV. STATEMENT OF PROBABLE CAUSE

11. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own involvement in the investigation, I am aware of the following:

### A. DUNN is Arrested by Beverly Hills Police Department

12. On December 6, 2021, BHPD Officers Falossi, Fasullo, and Bromley responded to a report of a white male stealing various packages from the Maple Drive Apartments and fleeing in

the Mercedes. J.G., the building manager of the Maple Drive Apartments, reported the theft.

13. Officer Falossi spoke with J.G. regarding the incident. J.G. stated that he witnessed a white male walking out of the Maple Drive Apartments carrying several packages from the complex's mailroom. J.G. said he did not recognize the man as a resident of the Maple Drive Apartments and asked him what he was doing with the packages. J.G. reported that the man claimed to be a resident before entering the Mercedes and fleeing. J.G. took a picture of the Mercedes's California license plate bearing number 5PEL608 before it fled. J.G. called BHPD and reported the license plate number and gave a description of the man. J.G. also provided BHPD with the surveillance footage of the mail theft incident.

14. Within minutes, the officers located the Mercedes parked in a designated red zone in front of an apartment complex located on N. Oakhurst Drive, in Beverly Hills, California, in violation of California Vehicle Code Section 21458(1). Officer Falossi initiated a traffic stop and, as the officers approached the vehicle, a white male (later identified as DUNN) attempted to exit the front passenger side of the Mercedes.

15. Officer Falossi ordered DUNN to remain in the Mercedes and approached the driver, a white male later identified as E.G. Officer Falossi asked E.G. why the Mercedes was parked in the red zone. E.G. stated that his friend was looking for his girlfriend and spontaneously added, "this old guy said why are you taking this box?" Officer Falossi then asked E.G. to exit

the Mercedes and detained E.G. while the mail theft incident was investigated. Officer Falossi asked E.G. for permission to search the Mercedes and E.G. agreed saying "Go ahead, just look."

16. Officer Bromley then approached the front passenger seat and ordered the man to exit the vehicle. After the man exited the vehicle, Officer Bromley handcuffed him and conducted a consensual search of his person and located a California driver's license in the name of J.A.P. The man stated the license was his and identified himself as J.A.P. Officer Falossi observed that the man bore no resemblance to the picture on the driver's license belonging to J.A.P.

17. Officer Fasullo then arrived at the scene. Officer Fasullo had reviewed the surveillance footage from the Maple Drive Apartments and identified the suspect seen stealing packages in the surveillance footage.

18. Officers Bromley and Falossi next searched the Mercedes. Inside the vehicle, officers found, among other things, a black case containing 14 lock pick tools in the center console, several credit cards and identification cards in other persons' names on the floorboard behind the driver's seat, and several items that appeared to be new gifts, including a gold necklace, a "Citizen" watch, a bottle of tequila in its original packaging, and shoes and clothing in its original packaging.

19. Officers also found a white backpack behind the front passenger seat. Inside the backpack they found a ziplock bag containing a brown powdery substance resembling heroin, a

plastic bag containing a white, crystal-like substance resembling methamphetamine, scales and small plastic baggies, and 41 credit cards in other people's names along with five identification cards and driver's licenses in other people's names.

20.  In addition, on the pavement outside the front passenger seat, officers found an American Express envelope that had 11 addresses handwritten on it, including the address of the Maple Drive Apartments.

21.  At around 2:57 p.m., Officer Bromley spoke with DUNN as he sat handcuffed on the curb and read him his Miranda rights.  DUNN identified himself as Joshua Tate DUNN and provided a date of birth of March 4, 1989.  Officer Bromley conducted a records check on DUNN and discovered that DUNN was on county probation for burglary and identity theft convictions.

22.  Officer Falossi asked DUNN about the property found in the Mercedes.  DUNN stated that the white backpack and all of its contents were his.  He also admitted that all of the drugs were his and said that E.G. was solely his driver.

23.  Officers placed DUNN under arrest and transported him to the Beverly Hills Jail.  During the search of DUNN at the jail, officers found a United States postal key in one of DUNN's pants' pockets.

   B.   **Video Surveillance from The Maple Drive Apartments**

24.  On or about December 30, 2021, Postal Inspectors responded to the Maple Drive Apartments and recovered

surveillance video of the mail theft incident captured on December 6, 2021.

25. The surveillance footage shows DUNN enter the Maple Drive Apartments' courtyard and walk towards the entrance of the apartment building's lobby. DUNN was wearing a black flannel jacket, black pants, a black shirt, and white shoes. DUNN appears to use a key to open the apartment's callbox and enter the building. DUNN walked the premises before entering the mailroom and exiting with packages. DUNN later entered the front passenger side of the Mercedes and fled.

C. **Victim Reports Stolen Parcel from the Maple Drive Apartments**

26. On January 16, 2022, Postal Inspectors spoke with D.W. regarding the mail theft incident that occurred at the Maple Drive Apartments. D.W. stated that according to United States Postal Service("USPS") tracking information, a package containing a black Citizen watch was delivered to the Maple Drive Apartments' mailroom on December 6, 2021. D.W. said he learned that a mail theft incident occurred at the Maple Drive Apartment and contacted BHPD. D.W. said that he was informed by BHPD that the watch was recovered during a search of the Mercedes. D.W. said he did not give DUNN or anyone else permission to take his package containing the watch.

27. Utilizing USPS databases, I confirmed D.W.'s package was delivered to the Maple Drive Apartments by USPS at approximately 6:54 A.M. on December 6, 2021.

D.  **Inspection and Testing of the Arrow Key**

28. On or about December 30, 2021, I took possession of an arrow key from BHPD found during DUNN's arrest. I inspected the key recovered from DUNN's person and identified it as a counterfeit postal arrow key. Based on my training and experience, I know that arrow keys are distinctively shaped keys used by USPS employees to open mail receptacles such as panels of apartment mailboxes. Arrow keys are counterfeited by mail thieves in order to gain access to apartment building mail receptacles and to steal mail.

//

//

//

## V. CONCLUSION

29. For all the reasons described above, there is probable cause to believe that DUNN has committed a violation of Title 18, United States Code, Section 1708 (Mail Theft).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 20th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
    HON. PAUL L. ABRAMS